IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00484-LTB-KLM

DWIGHT D. DAVIS,

    Applicant,

v.

MICHAEL ARRELLANO, Warden, AVCF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Applicant's **Request for Leave to Amend Application Pursuant to F.R.C.P. 15(A)** [Docket No. 15; Filed July 29, 2008] (the "Motion"). The Court has reviewed the Motion, Respondents' Response [Docket No. 17; Filed August 8, 2008], Applicant's Reply [Docket No. 19; Filed August 20, 2008], the entire case file and applicable case law and is sufficiently advised in the premises. Accordingly, IT IS HEREBY **ORDERED** that the Motion is **GRANTED**, as set forth below.

    Applicant requests leave to "amend" his Petition for Writ of Habeas Corpus [Docket No. 2; Filed March 10, 2008] filed pursuant to 28 U.S.C. § 2254. Specifically, Applicant seeks to amend the title of his First Claim for Relief to read "Petitioner's conviction was obtained as the result of Ineffective Assistance of Counsel at trial. This violated Petitioner's 4th, 5th, 6th & 14th Amendment U.S. Constitutional Rights." *Motion* [#15] at 1. Applicant states that he simply seeks to add "4th" to the title, and does not seek to amend the body of his First Claim for Relief, as it already includes allegations related to his Fourth

Amendment claims. *Id.* at 2. Respondents oppose this request, arguing that Applicant should not be allowed to "add" a Fourth Amendment claim because Respondents have already filed a pre-answer response, and the Court has already determined that Applicant's First Claim for Relief should proceed beyond the pre-answer threshold. *Response* [#17] at 3. Applicant has responded by arguing that he attempts to correct only the title of his petition, and argues that Defendants are already on notice of his Fourth Amendment allegations, as he pursued his Fourth Amendment argument in his state court proceeding, as well as made reference to it in his First Claim for Relief. *Reply* [#19] at 1.

As Applicant states that he does not seek to amend the substance of his Petition for Writ of Habeas Corpus, and instead appears to seek to correct the title of his First Claim for Relief, the Court finds that such relief should be granted.

Accordingly, IT IS HEREBY **ORDERED** that Applicant's **Request for Leave to Amend Application Pursuant to F.R.C.P. 15(A)** [Docket No. 15; Filed July 29, 2008] is **GRANTED**. The title of Applicant's First Claim for Relief is corrected to read "Petitioner's conviction was obtained as the result of Ineffective Assistance of Counsel at trial. This violated Petitioner's 4th, 5th, 6th & 14th Amendment U.S. Constitutional Rights."

Dated: September 8, 2008