IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

CIVIL ACTION NO. 08-cv-00484 CMA-KLM

DWIGHT D. DAVIS,

    Applicant,

v.

MICHAEL ARRELLANO, Warden, AVCF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER RETURNING STATE COURT RECORD**

---

Upon careful examination of the record, it appears that the disposition of the above-captioned case is now final. It is, therefore,

ORDERED that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __4th__ day of May, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 07 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00484 CMA-KLM

El Paso County District Court
Judicial Bldg.
20 E. Vermijo Ave.
Colorado Springs, CO 80903

Dwight D. Davis
# 44749
Arkansas Valley Correctional Facility (AVCF)
P.O. Box 1000
Crowley, CO 81034

Christine Cates Brady - Colorado Attorney General's Office - Department of Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 5/7/10.

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk